## STATEMENT OF FACTS IN SUPPORT OF A COMPLAINT

On April 10, 2013, at approximately 4:35 a.m., a man who was later identified as **KRZYSZTOF WASIK** (hereinafter referred to as "WASIK") approached United States Secret Service ("USSS") Officer Kara Klupacs at the north fence line of the White House at 1600 Pennsylvania Avenue N.W. in Washington, D.C. WASIK told Officer Klupacs that he wanted to speak to the "President." WASIK stated that he was upset about the rules and regulations concerning semi- trucks and was angry about fines that he had to pay. Officer Klupacs advised WASIK that he would not be able to speak to the President of the United States, but that he could contact an agency that regulates traffic. WASIK indicated that he agreed with her and walked away.

At approximately 4:46 a.m., WASIK returned to the north fence line of the White House. At that time, WASIK stated to Officer Klupacs, "I know what it takes to get things done around here. I have a bomb in my truck parked 500 feet from here." Officer Klupacs requested that WASIK provide the location of the truck, and for a description of the bomb. WASIK replied that he would not give any information about the bomb, or its location, until he spoke with the "President." At that time, WASIK was arrested.

At 4:48 a.m., a semi-cab tractor bearing Pennsylvania plates was located at the corner of Vermont and H Streets, N.W., parked directly in front of the Veterans Affairs Building, which is located approximately one block away from the White House and 200 feet away from the entry barrier to the White House complex. When the USSS Officer found the vehicle, he observed that the keys were still in the ignition. The Officer broadcast that information over the radio. Upon over-hearing that radio broadcast while in custody, WASIK stated, "Don't touch the keys in the

ignition or else something bad will happen." WASIK further stated, "I don't care if children or veterans are harmed by the bomb. I only care about speaking to the President."

At that point, all local law enforcement agencies were notified and a "safe zone" was initiated. The initiation of the "safe zone" resulted in the shutting down of all pedestrian and vehicular traffic within a several block radius. This included the shut-down of the McPherson Square Metro Station, vehicle and pedestrian traffic from H Street, N.W. to K Street, N.W., between 15th and 17th Streets N.W. between 4:55 a.m. and 6:42 a.m. This shut-down significantly affected interstate commerce during the time it was in place.

The Military Explosive Ordinance Disposal Team ("EOD"), the D.C. Fire Department and the Metropolitan Police Department EOD were dispatched to the scene. The Veteran Affairs Building was evacuated. A thorough search for explosives was conducted and at 6:25 a.m. the law enforcement agencies declared that the semi-cab did not contain any explosives.

Based on the foregoing, Your Affiant believes that there is probable cause to believe that on April 10, 2013, within the District of Columbia and elsewhere, KRZYSZTOF WASIK, in or affecting interstate commerce, willfully made a threat, and maliciously conveyed false information knowing the same to be false concerning an attempt or alleged attempt being made to injure any individual or destroy any building, vehicle or other real or personal property by means of an explosive, in violation of Title 18, United States Code, Section 844(e).

        KARA KLUPACS
        Officer, United States Secret Service

Sworn and subscribed to before me this _____ day of April, 2013

        United States Magistrate Judge
        Deborah A. Robinson